1  Vigen Oganyan
2  306 Delagua Way
   Sacramento, CA 95838
3  Telephone: (916) 920 - 2110

4  Plaintiff *pro se*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.: 06-2674 CRB**<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Vigen Oganyan,<br>　　　　　　　　　Plaintiff<br>vs.<br>Pfizer Inc, et al.,<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Vigen Oganyan, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

all parties with each side bearing their own attorneys' fees and costs.

DATED: 8/3, 2010   By: *Vigen Ohanyan*

Vigen Oganyan
306 Delagua Way
Sacramento, CA 95838
Telephone: (916) 920 - 2110

Plaintiff *pro se*

DATED: Oct. 5, 2010   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

DATED: 9/27, 2010   By: _____

TUCKER ELLIS & WEST LLP
515 South Flower Street
Forty Second Floor
Los Angeles, CA 90071
Telephone: (213) 430-3400

*Attorneys for Defendant McKesson Corporation*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/14/2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**